UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tyree Malik Thompson**                          **Docket No. 4:24-CR-52-1M**

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tyree Malik Thompson, who, upon an earlier plea of guilty to Possession of a Firearm by Felon, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2), was sentenced by the Honorable William L. Osteen, Jr., United States District Judge in the Middle District of North Carolina, on December 17, 2021, to the custody of the Bureau of Prisons for a term of 32 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Tyree Malik Thompson was released from custody on November 17, 2023, at which time the term of supervised release commenced in the Middle District of North Carolina (MD/NC). While supervised in the MD/NC, a Report of Offender Under Supervision was filed on March 8, 2024, that the defendant tested positive for marijuana and cocaine on December 4, 2023; tested positive for marijuana on January 10, and February 1, 2024; and that he failed to maintain employment as directed. On March 14, 2024, the court agreed to continue supervision, which would also allow Thompson to initiate a transfer of supervision. On May 29, 2024, a Report of Offender Under Supervision was filed in the MD/NC that noted the defendant tested positive for marijuana on May 22, 2024, and he failed to secure employment after quitting an employment position on May 7, 2024. On June 3, 2024, the court agreed to continue supervision. On July 10, 2024, jurisdiction was transferred to the Eastern District of North Carolina.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 26, 2024, the defendant provided a urine sample that tested positive for marijuana. He admitted to last using marijuana on July 23, 2024, and apologized for his actions. In addition to participating in substance abuse counseling, Thompson has agreed to participate in a cognitive behavioral program as directed by the probation office.

Pursuant to 18 U.S.C. § 3583(d), the court shall consider whether the availability of appropriate substance abuse treatment programs, or a person's current or past participation in such programs, warrants an exception when considering any action against a defendant who fails a drug test while on supervised release. As Thompson is transferring his supervision and treatment program, and considering 18 U.S.C. § 3583(d), the probation office respectively recommends the defendant be permitted to continue supervision in lieu of revocation at this time. In response to his continued substance use, a 90-day curfew with location monitoring is suggested. Any subsequent substance use will be reported to the court. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

### PRAYING THAT THE COURT WILL ORDER that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Tyree Malik Thompson
Docket No. 4:24-CR-52-1M
Petition For Action
Page 2

2. The defendant shall participate in a cognitive behavioral program as directed by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: August 5, 2024

**ORDER OF THE COURT**

Considered and ordered this 7th day of August, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge